UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **OVERLAP, INC.,** <br><br>       **Plaintiff,** <br><br>   vs. <br><br> **ALLIANCE BERNSTEIN INVESTMENTS, INC.** <br><br>       **Defendant.** | Case   07-0161-CV-W-ODS |

### STIPULATION OF DISMISSAL WITH PREJUDICE BY AND BETWEEN PLAINTIFF OVERLAP, INC. AND <u>DEFENDANT ALLIANCEBERNSTEIN INVESTMENTS, INC.</u>

Plaintiff Overlap, Inc. and Defendant AllianceBernstein Investments, Inc., by and through their attorneys of record, hereby stipulate to the dismissal of this lawsuit with prejudice, and with each party to bear its own costs, expenses and attorneys' fees.

0336-119172

DATED: March 23, 2009  Respectfully Submitted,

**STUEVE SIEGEL HANSON LLP**

/s/ Patrick J. Stueve
Patrick J. Stueve – Mo. Bar # 37682
stueve@stuevesiegel.com
Rachel E. Schwartz – Mo. Bar # 56241
schwartz@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

**HUSCH BLACKWELL SANDERS LLP**

/s/ Jeffrey J. Kalinowski
Jeffrey J. Kalinowski
Gary A. Pierson, II
720 Olive Street, Suite 2400
St. Louis, MO 63101

Kirsten A. Byrd
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Ph: (816) 983-8000
Fax: (816) 983-8080